IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:10CV01866 SWW |
| | * | |
| $2,221.25 from First Security Service Bank Account, et al., | * | |
| | * | |
| | * | |
| Defendants. | * | |
| | * | |

**Order**

The government filed a motion to dismiss this civil forfeiture complaint on December 7, 2011. There has been no response from defendants. The motion [docket entry 19] is granted. The complaint is dismissed without prejudice.

DATED this 29th day of December, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE